

FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

AUG 5 2014

CLERK
U.S. DISTRICT COURT
    ALA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Cr. No. 3:14CR429-MEF |
| v. | ) [21 USC 841(a)(1)] |
| | ) |
| JONATHAN STOPPELBEIN, and | ) |
| GREGORY STOPPELBEIN | ) |

### INDICTMENT

The Grand Jury charges:

### COUNT 1

Beginning from an unknown date, and continuing through in or about July 17, 2014, the exact dates being unknown to the Grand Jury, in Chambers County, within the Middle District of Alabama, and elsewhere, the defendants,

JONATHAN STOPPELBEIN, and
GREGORY STOPPELBEIN,

each aided and abetted by the other, did knowingly and intentionally possess with intent to distribute, and did distribute, 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Section 2.

## **FORFEITURE ALLEGATION**
### (Drug Proceeds/Facilitation)

A.   The allegations contained in Count 1 this indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

B.   Upon conviction of the offenses in violation of Title 21, United States Code, Section 841(a)(1), set forth in Count 1 of this indictment, the defendants,

> JONATHAN STOPPELBEIN, and
> GREGORY STOPPELBEIN,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from proceeds the said defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses in violation of Title 21, United States Code, Section 841(a).

C.   If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendants:

(1)   cannot be located upon the exercise of due diligence;

(2)   has been transferred or sold to, or deposited with, a third party;

(3)   has been placed beyond the jurisdiction of the court;

(4)   has been substantially diminished in value; or

(5)   has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:

_____
FOREPERSON

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

_____
Kevin P. Davidson
Assistant United Sates Attorney

_____
Verne H. Speirs
Assistant United States Attorney

3