IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 3:14-CR-429-MHT |
| | ) | [WO] |
| GREGORY STOPPELBEIN | ) | |

# ORDER

Upon consideration of Defendant's Motion to Seal Order (Doc. 69), it is

ORDERED that the motion is GRANTED. The court's Order (Doc. 68) of December 17, 2014, which ruled upon Defendant's sealed Motion for Reconsideration (Doc. 65), shall be placed under seal.

Done this 18th day of December, 2014.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE